UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-00120 |
| | § | |
| RUTILIO BARRERA, | § | |
| | § | |
| Defendant. | § | |

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL**

On this day came on to be considered the government's Motion to Continue the Final Pretrial Conference and Trial in the above referenced case. The Final Pretrial Conference and Jury Selection and Trial in the above referenced case is hereby continued. The Court finds that the ends of justice served by delaying the case outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore ORDERED that Final Pretrial Conference is reset to the 31st day of May, 2006, at 8:30 a.m., and Jury Selection and Trial is reset to the 2nd day of June, 2006, at 8:00 a.m.

SIGNED this 9th day of May, 2006.

_____
Janis Graham Jack
United States District Judge